| United States Bankruptcy Court<br>District of Maine | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Finest Hearth, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**DBA Finest Hearth & Home; DBA Black Stove Shop** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**01-0345624** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br><br>**893 Route 1**<br>**Yarmouth, ME**<br>ZIP Code **04096** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br><br>**Cumberland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>**PO Box 551**<br>**Portland, ME**<br>ZIP Code **04112-0551** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**145 Presumpscot Street**<br>**Portland, ME 04101** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

Nature of Debts
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                    THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Finest Hearth, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b></td><td colspan="2"><b>Exhibit B</b></td></tr>
<tr><td>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.
</td><td colspan="2">
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____<br>    Signature of Attorney for Debtor(s)        (Date)
</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
|     ☐ Yes, and Exhibit C is attached and made a part of this petition. |
|     ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
|     ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
|     ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>    (Name of landlord that obtained judgment) |
| _____<br>    (Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Finest Hearth, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Jacob A. Manheimer**
Signature of Attorney for Debtor(s)

**Jacob A. Manheimer 3304**
Printed Name of Attorney for Debtor(s)

**Pierce Atwood LLP**
Firm Name

**One Monument Square**
**Portland, ME 04101**
_____
Address

**(207) 791-1100  Fax: (207) 791-1350**
Telephone Number

**January 10, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ James P. Steffensen**
Signature of Authorized Individual

**James P. Steffensen**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 10, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

.

# United States Bankruptcy Court
## District of Maine

In re    **Finest Hearth, Inc.**                       ,

                                        Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 1,268,288.30 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 561,711.51 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 8 | | 451,201.36 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 1,160,622.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| | Total Assets | | 1,268,288.30 | | |
| | | Total Liabilities | | 2,173,535.57 | |

# United States Bankruptcy Court
## District of Maine

In re    **Finest Hearth, Inc.**                     ,      Case No. _____

                                      Debtor             Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **Finest Hearth, Inc.**                    ,      Case No. _____

                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |
| | (Report also on Summary of Schedules) | | |

  **0**   continuation sheets attached to the Schedule of Real Property

In re   **Finest Hearth, Inc.**                 ,     Case No. _____

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account - People's United Bank | - | 1,000.00 |
| | | | Customer Deposit Account - People's United Bank | - | 70,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit (Yarmouth Store) Ray and Candy Manocchio 310 Cushnoc Road Vassalboro, ME 04989 | - | 6,019.17 |
| | | | Security Deposit (Portland Store) Art Banister 9 Woodcrest Road Cape Elizabeth, ME 04107 | - | 3,000.00 |
| | | | Security Deposit (Topsham Store) Art Banister 9 Woodcrest Road Cape Elizabeth, ME 04107 | - | 1,500.00 |
| | | | Security Deposit (Portland Warehouse) Wyatt Garfield 145 Presumptscot Street Portland, ME 04101 | - | 1,192.50 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |

Sub-Total >      **82,711.67**
(Total of this page)

  __3__ continuation sheets attached to the Schedule of Personal Property

In re   **Finest Hearth, Inc.**                                   ,      Case No. _____

                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See Attached Schedule** | - | 38,823.98 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Promissory Note from Finest Hearth and Home, LLC dated June 14, 2010** | - | 100,000.00 |

|  |  | Sub-Total > | 138,823.98 |
|---|---|---|---:|
|  |  | (Total of this page) | |

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

In re   **Finest Hearth, Inc.**                           ,      Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Service Marks:  Finest Hearth, Finest Hearth & Home, Finest Hearth Logo, Finest Hearth & Home Logo** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 GMC Savana**<br>**2000 GMC Sonoma**<br>**2004 GMC W4500**<br>**2003 Sterling M7500**<br>**2001 Isuzu Rodeo** | - | **20,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous at Three Store Locations** | - | **5,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Miscellaneous at Three Store Locations** | - | **10,000.00** |

                                                   Sub-Total >      **35,000.00**
                                          (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re     **Finest Hearth, Inc.**                            ,     Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | **Goods Held for Sale at Three Stores and Two Warehouses (Valued at Cost)** | **-** | **1,011,752.65** |
| 31. Animals. | **X** | | | |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | **X** | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **1,011,752.65** |
| Total > | **1,268,288.30** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

| Name | Address | | Bal owed |
|---|---|---|---|
| Arthur & Tammy Spengler | 207 Mitchell Rd., Cape Elizabeth, ME 04107 | | $186.94 |
| Scott Wandell | 6 Horseman Dr., Gorham, ME 04038 | | $272.96 |
| Ed McCausland | 552 Hussey Hill Rd., Vassalboro, ME 04989 | | $159.98 |
| Brenda & Craig Moulton | 453 Mitchell Rd., Cape Elizabeth, ME 04107 | | $107.58 |
| Paul Mahan | 531 Blackstream Raod, Hermon, ME 04401 | | $2,345.12 |
| Jeannie Fuller-Lehtis | 323 Pond Rd., Albion, ME 04910 | | $380.37 |
| Robert Morin, Builder for Rob and Terry Cook | 2142 Old Augusta Rd., No. Waldoboro, ME 04572 | | $3,147.62 |
| Tim Caliandro | 32 Greenfield Road, Greenbush, ME 04418 | | $650.91 |
| Amanda Behnke | 49 Norway Way Drive, Woolwich, ME 04579 | | $626.32 |
| Andrea Ribeiro | 15 Plummer St., Gardiner, ME 04345 | | $334.96 |
| Buy the Fire | 712 Main St., Oxford, ME 04270 | | $91.02 |
| Curtiss Martin | 1001 Coastal Rd., Brooksville, ME 04617 | | $76.09 |
| Paula Scribner | 1135 So. Belfast Rd., Windsor, ME 04363 | | $349.50 |
| Donna McGary | 26 Bowie Hill Rd., Durham, ME 04222 | | $98.10 |
| Fred Mitchell | 118 Stackpole Rd., Durham, ME 04222 | | $972.87 |
| Greg Skillman | P.O. Box 128, Hallowell, ME 04347 | | $176.87 |
| Mike Morganstern | 215 Talbot Ave, Rockland, ME 04841 | | $146.91 |
| Patrick Thompson | 217 Main St., Bowdoinham, ME 04008 | | $76.32 |
| Greg Ryan | 1044 Middle Rd., Woolwich, ME 04579 | | $873.51 |
| Aaron Mosher | 23 Cross Hill Rd., Cape Elizabeth, ME 04107 | | $173.96 |
| Ray & Candy Manocchio | 310 Cushnoc Rd., Vassalboro, ME 04989 | | $2,317.35 |
| McVety's Hearth & Home | 8 Shuman Ave, Augusta, ME 04330 | | $133.28 |
| Darin Delp | 58 Ashman Dr., Chelsea, ME 04330 | | $2,184.52 |
| Sal Salvatteri | 4 Ponderosa Lane, Biddeford, ME 04005 | | $1,878.03 |
| Andrew & Anne Evans | 15 Birch Dr., Raymond, ME 04071 | | $152.25 |
| Kate Dempski | 308 Eddy Rd #614, Edgecomb, ME 04556 | | $1,745.93 |
| Abby Johnson | 33 Haynes Pt. Rd., Trenton, ME 04605 | | $114.14 |
| Heidi Cushman | 284 Allen Rd., Pownal, ME 04069 | | $36.65 |
| Theresa Kauffman | 50 Canteen's, Chebeague Isl, ME 04096 | | $159.03 |
| Nona Costello | 302 Ferry Rd., Lisbon, ME 04250 | | $720.23 |
| Dan Nadeau | 340 Woodside Rd., Brunswick, ME 04011 | | $285.24 |
| Jack Mazzotti | 8 Whitney Way, Topsham, ME 04086 | | $150.00 |
| Pat Riley | 2 Stowe Lane, Brunswick, ME 04011 | | $160.65 |
| pat donahue | po box 289, belgrade lakes, me 04918 | | $150.00 |
| dominic petrillo | 12 guptil ave, freeport, me 04032 | | $431.62 |
| robert porter | 75 baltimore ave, so portland, me 04106 | | $195.30 |

| | | | |
|---|---|---|---|
| Richard Waltz Plumbing | 179 Presumpscott St., portland, me 04103 | | $260.70 |
| David Paul | 134 Caleb St, portland, me 04102 | | $75.00 |
| mark phillipson | 145 anderson st #7, portland, me 04101 | | $472.87 |
| the landing at pine point | 353 pine point rd., scarborough, me 04074 | | $150.00 |
| panera bread | 343 gorham rd, so portland, me 04106 | | $152.25 |
| ann verrill | 270 us rt 1, falmouth, me 04105 | | $170.25 |
| jane bonville | 3 granite ridge rd, cumberland foreside, me 04110 | | $218.00 |
| annie dineen | 31 lawson rd, cape elizabeth, me 04107 | | $76.12 |
| frank pitassi | 30 rosa way (lane), cumberland, me 04021 | | $3,127.30 |
| carrie leblanc | 23 bittersweet ln, cumberland, me 04021 | | $152.25 |
| dale spugnardi | 189 middle rd, cumberland, me 04021 | | $150.00 |
| becky hill | 20 old tavern rd, topsham, me 04086 | | $150.00 |
| wayne powell | 68 oakwood dr, yarmouth, me 04096 | | $150.00 |
| dixon riley | 65 seabury lane, yarmouth, me 04096 | | $200.00 |
| robert haas | 51 high st, yarmouth, me 04096 | | $202.54 |
| jackie soley | 201 main street, freeport, me 04032 | | $177.45 |
| ed gerry | 23 harraseekeet rd, so freeport, me 04032 | | $152.25 |
| susan & harry gorman | 45 beech rd, freeport, me 04032 | | $134.40 |
| meredeth winter | 2 dixon rd, freeport, me 04032 | | $280.96 |
| kevin coyne | 142 rockland avenue, portland, me 04102 | | $150.00 |
| jessica radley | 12 hidden creek drive, scarborough, me 04074 | | $283.96 |
| david huet | 62 burnham rd, scarborough, me 04074 | | $173.10 |
| berube builders | 1040 Portland rd, saco, me 04072 | | $2,208.70 |
| rc libby inc | po box 298, scarborough, me 04070 | | $1,799.89 |
| kevin sackville | 140 old blue point rd, scarborough, me 04074 | | $618.65 |
| Thomas blais | 332 broadway, so portland, me 04106 | | $2,334.88 |
| gabriel fischer | 20 salem st, portland, me 04102 | | $2,203.66 |
| jim kilcommons | 25 harvest ridge rd, freeport, me 04032 | | $152.25 |
| dorothy rousseau | 215 east grand ave, unit 412, OOB, me 04064 | | $152.25 |
| marie daigle | 56 thatcher st, bangor, me 04401 | | $81.72 |
| colette leffen | 25 ocean ave, kennebunkport, me 04046 | | $150.45 |
| | | | |
| | | | |
| | | | $38,823.98 |
| | | | |

In re   **Finest Hearth, Inc.**          ,      Case No. _____

                        **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bangor Savings Bank** <br>**280 Fore Street** <br>**Portland, ME 04101** | | - | **Vehicle Acquisition Loans - Purchase Money Security Interest in:** <br><br>**2004 GMC W4500** <br>**2003 Sterling M7500** <br>**2001 Isuzu Rodeo** | | | | | |
| | | | Value $        **15,000.00** | | | | **19,749.00** | **4,749.00** |
| Account No. **5472** <br><br>**Coastal Enterprises, Inc.** <br>**36 Water Street** <br>**PO Box 268** <br>**Wiscasset, ME 04578** | | - | **9/6/07** <br><br>**Term Loan** <br><br>**Second Priority Security Intertest in Business Assets** | | | | | |
| | | | Value $     **1,236,576.63** | | | | **91,975.04** | **0.00** |
| Account No. **00001718649-00010** <br><br>**People's United Bank** <br>**467 Congress Street** <br>**Portland, ME 04101** | | - | **2/20/09** <br><br>**Line of Credit** <br><br>**First Priority Security Interest in Business Assets** | | | | | |
| | | | Value $     **1,236,576.63** | | | | **354,313.95** | **0.00** |
| Account No. **00001718649-00011** <br><br>**People's United Bank** <br>**467 Congress Street** <br>**Portland, ME 04101** | | - | **8/13/10** <br><br>**Term Loan** <br><br>**First Priority Security Interst in Business Assets** | | | | | |
| | | | Value $     **1,236,576.63** | | | | **95,673.52** | **0.00** |

  **0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | **561,711.51** | **4,749.00** |
| Total <br>(Report on Summary of Schedules) | **561,711.51** | **4,749.00** |

In re   **Finest Hearth, Inc.**                         ,      Case No. _____

                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                       _____1_____ continuation sheets attached

In re  **Finest Hearth, Inc.**
_____,  Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **See Attached** | - | | | | | | 451,201.36 | 121,165.21 | 330,036.15 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  __1__  of  __1__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 451,201.36 | 121,165.21 / 330,036.15 |
| Total (Report on Summary of Schedules) | 451,201.36 | 121,165.21 / 330,036.15 |

| Name | Address | Deposit | Priority | Unsecured |
|------|---------|---------|----------|-----------|
| Jennifer Bush | 15 Maple St., Falmouth, ME 04105 | -$9,968.91 | -$2,600.00 | -$7,368.91 |
| eric taquet | 21 lockland drive, windham, me 04042 | -$8,736.31 | -$2,600.00 | -$6,136.31 |
| Lidna Goldsmith | 4 Melvin Terrace, Denmark, ME 04022 | -$6,920.18 | -$2,600.00 | -$4,320.18 |
| richard atkinson | 8 bruster place, barmills, me 04004 | -$6,149.38 | -$2,600.00 | -$3,549.38 |
| ray kusche | 16 courtland road, freeport, me 04032 | -$5,844.57 | -$2,600.00 | -$3,244.57 |
| Elliot Mead | P.O. Box 833, Bath, ME 04530 | -$5,775.00 | -$2,600.00 | -$3,175.00 |
| t j kozma | 63 9th st, portland, me 04103 | -$5,489.26 | -$2,600.00 | -$2,889.26 |
| kevin arruda | 12 harbor ridge, freeport, me 04032 | -$5,433.88 | -$2,600.00 | -$2,833.88 |
| Justin Drake | 31 Birchwood Drive, Portland, ME 04102 | -$5,222.50 | -$2,600.00 | -$2,622.50 |
| Bethany Hamilton | 21 Field Way, Gray, ME 04038 | -$5,174.33 | -$2,600.00 | -$2,574.33 |
| Scott Gleeson | 23 Park St., Freeport, ME 04032 | -$5,059.49 | -$2,600.00 | -$2,459.49 |
| central line construction | po box 1264, portland, me 04104 | -$5,005.58 | -$2,600.00 | -$2,405.58 |
| Gary Allegreta | 43 wendy way, portland, me 04103 | -$5,000.00 | -$2,600.00 | -$2,400.00 |
| Matthew Horgan | 1 Angel Place, Bath, ME 04530 | -$4,999.05 | -$2,600.00 | -$2,399.05 |
| Gary Shaffer | 139 Cathance Rd., Topsham, ME 04086 | -$4,982.98 | -$2,600.00 | -$2,382.98 |
| Chris Ferland | 13 Muirfield Rd., Cumberland, ME 04021 | -$4,960.00 | -$2,600.00 | -$2,360.00 |
| jeffery hahn | 37 proctor drive, chebeague island, me 04017 | -$4,803.88 | -$2,600.00 | -$2,203.88 |
| Charlie Koch | 174 Longfellow St., Portland, ME 04103 | -$4,800.40 | -$2,600.00 | -$2,200.40 |
| chris condon | 91 concord circle, yarmouth, me 04096 | -$4,800.00 | -$2,600.00 | -$2,200.00 |
| shawn varney | 12 bosox dr, windham, me 04062 | -$4,693.61 | -$2,600.00 | -$2,093.61 |
| mary babikian | 28 lower falls rd, falmouth, me 04105 | -$4,684.37 | -$2,600.00 | -$2,084.37 |
| jack green | 280 daniles rd, middle rd, union, me 04862 | -$4,682.72 | -$2,600.00 | -$2,082.72 |
| Chris Copp | 17 Browning Way, Cumberland, ME 04021 | -$4,500.00 | -$2,600.00 | -$1,900.00 |
| greg friedel | 99 middle rd, cumberland, me 04021 | -$4,443.32 | -$2,600.00 | -$1,843.32 |
| andrew mader | 16 coulthard farms, scarborough, me 04074 | -$4,426.50 | -$2,600.00 | -$1,826.50 |
| elinore clark | 10 chester ave, falmouth, me 04105 | -$4,423.26 | -$2,600.00 | -$1,823.26 |
| brad ciechomski | 177 frances st, portland, me 04102 | -$4,394.32 | -$2,600.00 | -$1,794.32 |
| William curtis | 4 walnut lane, Brunswick, me 04011 | -$4,390.00 | -$2,600.00 | -$1,790.00 |
| sara merrill | 51 cottage farms rd., cape elizabeth, me 04107 | -$4,374.17 | -$2,600.00 | -$1,774.17 |
| Whitney Mills/Cara Bachner | 182 Margaret St., So. Portland, ME 04106 | -$4,328.08 | -$2,600.00 | -$1,728.08 |
| hilary rapkin | 8 avon rd, falmouth, me 04105 | -$4,225.20 | -$2,600.00 | -$1,625.20 |
| ram tray | 101 chute rd, windham, me 04062 | -$4,103.30 | -$2,600.00 | -$1,503.30 |
| David Collions | 47 Snowdrift Lane, Yarmouth, ME 04096 | -$4,086.31 | -$2,600.00 | -$1,486.31 |
| David & Priscilla Mckeith | 40 Colonial Dr., Durham, ME 04222 | -$4,031.49 | -$2,600.00 | -$1,431.49 |
| Stephen Grannell | 20 Cambell Shore Rd., Gray, ME 04039 | -$3,979.62 | -$2,600.00 | -$1,379.62 |
| Lee Hargadon | 67 willow grove, brunswick, ME 04011 | -$3,950.10 | -$2,600.00 | -$1,350.10 |

| Name | Address | | | |
|---|---|---|---|---|
| james merrill | 212 west main street, yarmouth, me 04096 | -$3,942.35 | -$2,600.00 | -$1,342.35 |
| Ryan Wallace | 13 Herrick Rd., Gorham, ME 04038 | -$3,911.37 | -$2,600.00 | -$1,311.37 |
| carolyn flaherty | 31 cross hill rd, cape elizabeth, me 04107 | -$3,907.50 | -$2,600.00 | -$1,307.50 |
| Fr. Chad Williams | 1001 River Rd., Gardiner, ME 04345 | -$3,842.16 | -$2,600.00 | -$1,242.16 |
| christina fan | 17 brookside drive, falmouth, me 04105 | -$3,839.45 | -$2,600.00 | -$1,239.45 |
| Barry Connolly | 11 White Cap Lane, Wells, ME 04090 | -$3,803.62 | -$2,600.00 | -$1,203.62 |
| Nancy Negri | 19 Spruce Circle, Scarborough, ME 04074 | -$3,760.97 | -$2,600.00 | -$1,160.97 |
| scott giles | 6 woodgate rd, scarborough, me 04074 | -$3,753.70 | -$2,600.00 | -$1,153.70 |
| quentin besch | 16 rural hill, windham, me 04062 | -$3,731.70 | -$2,600.00 | -$1,131.70 |
| Beth Collins | 17 Crestwood Dr., Gorham, ME 04038 | -$3,568.95 | -$2,600.00 | -$968.95 |
| james & alison fisk | 67 hanson lane, hollis, me 04042 | -$3,559.08 | -$2,600.00 | -$959.08 |
| jean giunti | 15 larrabee farm rd., brunswick, me 04011 | -$3,542.50 | -$2,600.00 | -$942.50 |
| Lynn Kinney | 79 Hodson Rd., Pownal, ME 04069 | -$3,516.17 | -$2,600.00 | -$916.17 |
| Laurie Kelley | 16 Country Lane, Falmouth, ME 04105 | -$3,502.07 | -$2,600.00 | -$902.07 |
| peter & alice mellin | 107 wharf road, yarmouth, me 04096 | -$3,446.29 | -$2,600.00 | -$846.29 |
| Charles Paclat | 8 Lydon Lane, Cape Elizabeth, ME 04107 | -$3,432.97 | -$2,600.00 | -$832.97 |
| Roger Miller | 4 Henchey Way, Kennebunkport, ME 04046 | -$3,408.22 | -$2,600.00 | -$808.22 |
| robert williamson | 102 johnson rd, gorham, me 04038 | -$3,396.22 | -$2,600.00 | -$796.22 |
| Alan Casavant | 22 Meeting House Rd., Biddeford, ME 04005 | -$3,381.95 | -$2,600.00 | -$781.95 |
| matt maurer | 50 laurel shore dr, harpswell, me 04079 | -$3,381.00 | -$2,600.00 | -$781.00 |
| russ doucette | 3 frederick thompson dr, scarborough, me 04074 | -$3,360.00 | -$2,600.00 | -$760.00 |
| Lori Jones | 216 Nash Rd., Windham, ME 04062 | -$3,358.95 | -$2,600.00 | -$758.95 |
| Weldon Larkin | 19 Williams Dr., Topsham, ME 04086 | -$3,350.00 | -$2,600.00 | -$750.00 |
| michael jung | 28 surrey ln, falmouth, me 04105 | -$3,313.13 | -$2,600.00 | -$713.13 |
| carole ryder | 17 edes road, cumberland, me 04021 | -$3,307.41 | -$2,600.00 | -$707.41 |
| george little | 6 matthew dr, brunswick, me 04021 | -$3,212.47 | -$2,600.00 | -$612.47 |
| Jonathan Green | 241 River Rd., Brunswick, ME 04011 | -$3,190.75 | -$2,600.00 | -$590.75 |
| cornelius (neil) mcginn | 1180 shore rd, cape elizabeth, me 04107 | -$3,167.32 | -$2,600.00 | -$567.32 |
| francis moss | 40 whipple rd, gorham, me 04038 | -$3,096.45 | -$2,600.00 | -$496.45 |
| Kathy Hutchins | 652 Deering Ridge Rd., E. Waterboro, ME 04030 | -$3,074.40 | -$2,600.00 | -$474.40 |
| John E Ungemach | p.O. Box 793, Tijeras, NM, 87059 | -$3,043.95 | -$2,600.00 | -$443.95 |
| Beverly Gabe | 24 Fillions Way, Gorham, ME 04038 | -$3,031.75 | -$2,600.00 | -$431.75 |
| melinda plastas | 15 brookside avenue, so. Portland, me 04106 | -$3,005.30 | -$2,600.00 | -$405.30 |
| Andrea Germanos | 48 Fall Brook St., Portland, ME 04103 | -$3,000.00 | -$2,600.00 | -$400.00 |
| Betty Legoff | 30 Little Pond Rd., Denmark, ME 04022 | -$3,000.00 | -$2,600.00 | -$400.00 |
| Leah Skelton | 64 Ledgeview Lane, Woolwich, ME 04579 | -$2,999.38 | -$2,600.00 | -$399.38 |
| tim hanquist | 95 deerfield rd., portland, me 04101 | -$2,999.00 | -$2,600.00 | -$399.00 |

| Name | Address | | | |
|------|---------|---|---|---|
| Patrick Baldwin | 18 Greenway Drive, Falmouth, ME 04105 | -$2,918.27 | -$2,600.00 | -$318.27 |
| erika ziller | 16 nevens street, portland, me 04103 | -$2,880.92 | -$2,600.00 | -$280.92 |
| Judy Golden | 1 Ledgewood Lane, Lisbon Falls, ME 04252 | -$2,878.80 | -$2,600.00 | -$278.80 |
| Peter Siegel | 6 High St., Brunswick, ME 04011 | -$2,854.46 | -$2,600.00 | -$254.46 |
| sally brewer | 9 interurban dr, cumberland, me 04021 | -$2,803.95 | -$2,600.00 | -$203.95 |
| susan reeder | 24 jersey ave, portland, me 04103 | -$2,766.30 | -$2,600.00 | -$166.30 |
| Erik Bergman | 62 Neil Street, Portland, ME 04102 | -$2,755.35 | -$2,600.00 | -$155.35 |
| Chance Stevens-Griffeth | 4 Curtis St., Brunswick, ME 04011 | -$2,746.80 | -$2,600.00 | -$146.80 |
| Betti Curran | 9 Lady Slipper Lane, Topsham, me 04086 | -$2,728.95 | -$2,600.00 | -$128.95 |
| dave kuhns | 172 middle rd, cumberland, me 04021 | -$2,632.30 | -$2,600.00 | -$32.30 |
| william beattie | 204 doughty point rd, harpswell, me 04079 | -$2,612.09 | -$2,600.00 | -$12.09 |
| william wyman | 30 elton farm rd., harpswell, me 04079 | -$2,606.45 | -$2,600.00 | -$6.45 |
| Cody Gillis | 127 Jordan Ave, Brunswick, ME 04011 | -$2,523.09 | -$2,523.09 | $0.00 |
| David Oldrich | 47 Resolution Place, Cape Elizabeth, ME 04107 | -$2,500.00 | -$2,500.00 | $0.00 |
| Debora Keller/Doug Bertlesman | 23 Bedford St., Bath, ME 04530 | -$2,436.45 | -$2,436.45 | $0.00 |
| kerry weinrich | 84 morton rd., yarmouth, me 04096 | -$2,414.32 | -$2,414.32 | $0.00 |
| Barry & Carol Knowles | 704 Pleasant Hill Rd., Brunswick, ME 04011 | -$2,322.60 | -$2,322.60 | $0.00 |
| john votto | 25 maple st, gardiner, me 04345 | -$2,275.93 | -$2,275.93 | $0.00 |
| peter & celeste bridgford | 40 central ave, peaks island, me 04108 | -$2,256.45 | -$2,256.45 | $0.00 |
| rod dean | 129 hunter rd, freeport, me 04032 | -$2,240.00 | -$2,240.00 | $0.00 |
| Pandy Zolas | 17 Beech Dr., Brunswick, ME 04011 | -$2,200.00 | -$2,200.00 | $0.00 |
| carolyn parker | 2 island ave, peaks island, me 04108 | -$2,156.49 | -$2,156.49 | $0.00 |
| Patty Obrien Ames | 85 Wilson Cove Rd., Harpswell, ME 04079 | -$2,146.20 | -$2,146.20 | $0.00 |
| james gilbert | 308 changlers wharf, portland, me 04101 | -$2,100.00 | -$2,100.00 | $0.00 |
| brian burwell | 12 maple ave, freeport, me 04032 | -$2,078.45 | -$2,078.45 | $0.00 |
| Heidi Will | 3 Judge Hasty Lane, Scarborough, ME 04074 | -$2,074.80 | -$2,074.80 | $0.00 |
| liz williams | 60 oak lawn rd, peaks island, me 04108 | -$2,049.55 | -$2,049.55 | $0.00 |
| John Gordon Builder INC | P.O. Box 368, Woolwich, ME 04579 | -$2,000.00 | -$2,000.00 | $0.00 |
| Libby Albanese | 155 Frazier Pasture, Ogunquit, ME 03907 | -$2,000.00 | -$2,000.00 | $0.00 |
| vincent shelzi | 101 hill rd, dummer, nh 03588 | -$1,995.00 | -$1,995.00 | $0.00 |
| Holly Simmons | 126 Country Lane, Durham, ME 04222 | -$1,993.95 | -$1,993.95 | $0.00 |
| Wolfgang Schumann | P.O. Box 417, E. Boothbay, ME 04544 | -$1,993.95 | -$1,993.95 | $0.00 |
| Arnold Clark | 34 Saint Trease Dr., Durham, ME 04222 | -$1,962.60 | -$1,962.60 | $0.00 |
| michael sweem | 229 front st, richmond, me 04357 | -$1,943.03 | -$1,943.03 | $0.00 |
| john rothwell | 270 princes point rd, brunswick, me 04011 | -$1,941.45 | -$1,941.45 | $0.00 |
| Travis Barton | 21 Beaver Pond Rd., Topsham, ME 04086 | -$1,929.42 | -$1,929.42 | $0.00 |
| nichole fornier | 496 w burrough rd, bowdoin, me 04287 | -$1,888.95 | -$1,888.95 | $0.00 |

| | | | |
|---|---|---|---|
| sandra biddle | 30 long fellow dr., cape elizabeth, me 04107 | -$1,888.95 | $0.00 |
| Emily Springer | 43 Longfellow Dr., Cape Elizabeth, ME 04107 | -$1,881.60 | $0.00 |
| rebecca dobrow | 58 gray st, portland, me 04102 | -$1,880.55 | $0.00 |
| maine street & design | 239 haprswell island rd, harpswell, me 04079 | -$1,740.69 | $0.00 |
| Jonathan Giles | 24 Merrymeeting Rd., Brunswick, ME 04011 | -$1,686.45 | $0.00 |
| alan lukas | 16 stapleford dr., falmouth, me 04105 | -$1,681.05 | $0.00 |
| Leon Harkleroad | 31 Carding Machine Rd., Bowdoinham, ME 04008 | -$1,601.25 | $0.00 |
| Nazeer Shareef | 1 Briddle Path Lane, Windham, ME 04062 | -$1,598.10 | $0.00 |
| Jeff Ring/Lin Nale | 21 Rock Away Rd., Falmouth, ME 04105 | -$1,573.95 | $0.00 |
| Philip Sewall | 26 Dewitt Hill Rd, Durham, ME 04222 | -$1,500.00 | $0.00 |
| ken kantro | 15 island view rd., cape elizabeth, me 04107 | -$1,500.00 | $0.00 |
| Gosselin Builders | 22 Adeas Lane, Topsham, ME 04086 | -$1,472.31 | $0.00 |
| Heather Euktis | 42 Old River Rd., Dayton, ME 04005 | -$1,400.00 | $0.00 |
| John Carroll | 8 Summit Circle, Westbrook, ME 04092 | -$1,396.52 | $0.00 |
| glenice ritchie | 76 center rd, gray, me 04039 | -$1,344.45 | $0.00 |
| scot smith | 35 woodside dr., cumberland, me 04021 | -$1,315.00 | $0.00 |
| pat anania | 90 brown cove road, windham, me 04064 | -$1,199.40 | $0.00 |
| Martin Cummings | 185 Hill Side St., Yarmouth, ME 04096 | -$1,160.00 | $0.00 |
| kim smith | 51 dundee rd, windham, me 04062 | -$1,153.95 | $0.00 |
| deborah diamond | 1476 washington ave, portland, me 04103 | -$1,100.00 | $0.00 |
| Terrence Reed | 4 Cider Run, topsham | -$1,094.10 | $0.00 |
| michael colerick | 111 longwood dr., portland, me 04102 | -$1,050.00 | $0.00 |
| Ken Wise | 1014 Mere Point Rd., Brunswick, ME 04011 | -$1,048.95 | $0.00 |
| henry mobley | 25 lands end lane, kennebunkport, me 04046 | -$1,047.90 | $0.00 |
| Leon Hadiaris | 32 Glenhaven Circle, Saco, ME 04072 | -$1,038.45 | $0.00 |
| Mari Miya | 15 Woodland Rd., Pownal, ME 04069 | -$1,032.60 | $0.00 |
| Sam Wilson | 259 Spring St., Portland, ME 04102 | -$900.00 | $0.00 |
| ken spirer | 18 neal st, portland, me 04102 | -$899.85 | $0.00 |
| Anthony Wilkins | 456 Blackstrap Rd., Falmouth, ME 04105 | -$840.00 | $0.00 |
| goeorge mcentee | 125 spruce pt rd, yarmouth, me 04096 | -$750.00 | $0.00 |
| Kathleen Reed | 53 Narrows Road, Woolwich, ME 04579 | -$721.30 | $0.00 |
| Patrick Gilgallon | 107 Vaughn St., Portland, ME 04102 | -$702.45 | $0.00 |
| Jim hagar | 15 spring st, essex, ma 01929 | -$682.50 | $0.00 |
| marry-ann shukalo | 6 dennison ave, freeport, me 04032 | -$600.00 | $0.00 |
| peter bounerman-burn | 91 lower flying point rd, freeport, me 04032 | -$590.10 | $0.00 |
| Susan Jarvis | Haven by the sea, 59 Church st., Wells ME 04090 | -$525.00 | $0.00 |
| robert mcaleer | 68 dawson st, so portland, me 04106 | -$510.60 | $0.00 |

| Name | Address | Amount | Amount |
|---|---|---|---|
| dough welch | 12 grayhurst park, portland, me 04102 | -$510.30 | $0.00 |
| bob sweat | 23 happy lane, windham, me 04062 | -$500.70 | $0.00 |
| wendy whitaker | 3 sandy beach, freeport, me 04032 | -$422.63 | $0.00 |
| Sheri Danforth | 198 New Portland Rd., Gorham, ME 04038 | -$406.35 | $0.00 |
| william hawes | 10 nancy road, buxton, me 04093 | -$334.95 | $0.00 |
| deborah yale | 50 st lawerence st, portland me 04101 | -$313.95 | $0.00 |
| Kurt Faulkner | 118 Old Town Rd., Hudson, ME 04449 | -$300.00 | $0.00 |
| paul & shannon deschenes | 5 east merrill rd., lewiston, me 04240 | -$277.05 | $0.00 |
| wendy bland | 34 rolfe road, windham, me 04062 | -$262.50 | $0.00 |
| Marty Braga | 190 Foundry Rd., Standish, ME 04084 | -$251.25 | $0.00 |
| George Stouter | 11 Rial Herald Rd., Bremen, ME 04551 | -$246.71 | $0.00 |
| hope becker | po box 92, 46 russell road, west poland, me 04274 | -$234.88 | $0.00 |
| john planinsek | 16 arrow point, cape elizabeth, me 04107 | -$233.10 | $0.00 |
| norman laverrier | 71 lunt rd, falmouth, me 04105 | -$230.85 | $0.00 |
| Jen Andrews | 702 Chandlers Wharf, Portland, ME 04105 | -$2,222.85 | $0.00 |
| james thomson | 87 dike farm rd., so. Portland, me 04106 | -$219.30 | $0.00 |
| Stan Armstrong | 10 Rockwood Acars, Raymond, ME 04071 | -$217.35 | $0.00 |
| Steve Stairs, Portland Country Club | 11 Foreside Rd., Falmouth, ME 04105 | -$199.50 | $0.00 |
| chris robinson | 164 foreside rd, falmouth, me 04105 | -$184.25 | $0.00 |
| kathleen walton | falmouth, me 04105 | -$177.45 | $0.00 |
| Melinda Monks | 3 Odyssey lane, cape elizabeth, me 04107 | -$170.10 | $0.00 |
| doug williams | 53 wildwood dr., cape elizabeth, me 04107 | -$169.05 | $0.00 |
| Laura Goulet | 99 Webster Rd., Freeport, ME 04032 | -$166.95 | $0.00 |
| tyler kennedy | 7 hidden pond rd, harpswell, me 04079 | -$162.80 | $0.00 |
| Roger Bassett | 18 Hemlock Hill Rd., W. Bath, ME 04530 | -$150.45 | $0.00 |
| sara oliver | 123 princess point rd ,yarmouth, me 04096 | -$144.90 | $0.00 |
| Jim Handscom | 14 Taylor Loop Rd., Limington, ME 04096 | -$136.50 | $0.00 |
| Edward Auden | 11 Moses Chick Lane, Limington, ME 04049 | -$126.00 | $0.00 |
| lesie connolly | 23 hunts point rd., cape elizabeth, me 04107 | -$120.00 | $0.00 |
| richard vieira | 14 cobbs bridge rd, new gloucester, me 04260 | -$119.70 | $0.00 |
| russell hall | 148 north rd, n yarmouth, me 04097 | -$106.47 | $0.00 |
| john morris | 32 stoneridge circle, standish, me 04084 | -$105.00 | $0.00 |
| lisa brent | 26 timber ridge rd, gorham, me 04038 | -$104.50 | $0.00 |
| joe alexander | 40 waites landing rd, falmouth, me 04105 | -$100.00 | $0.00 |
| jane gregory | 144 wolf neck rd, freeport, me 04032 | -$100.00 | $0.00 |
| Kevin Milmer | P.O. Box 235, Lincoln, ME 04457 | -$96.60 | $0.00 |
| eileen masse | 91 hayfield rd, yarmouth, me 04096 | -$93.45 | $0.00 |

| Name | Address | Amount | Balance |
|---|---|---|---|
| Bernie hershberger | 193 main street, freeport, me 04032 | -$83.45 | $0.00 |
| sharon johnson | 9 malcomb dr., harpswell, me 04079 | -$83.00 | $0.00 |
| sheilagh cleevely | yarmouth, me 04096 | -$80.00 | $0.00 |
| Tom Beech | 4 Lancaster Lane, Scarborough, ME 04074 | -$78.75 | $0.00 |
| David Fuller | 755 Webbs Mills Rd., Raymond, ME 04071 | -$75.00 | $0.00 |
| barbara roux | 4 baxtor lane, brunswick, me 04011 | -$72.45 | $0.00 |
| matthew sarapas | 1669 forest ave, portland, me 04103 | -$70.00 | $0.00 |
| edward miller | 8 field ways, scarborough, me 04074 | -$68.25 | $0.00 |
| northern sun | 53 main st, topsham, me 04086 | -$62.50 | $0.00 |
| larry globe | 56 tyler lane, frankfort, me 04438 | -$61.95 | $0.00 |
| Linda Norden | 19 South St #15, Falmouth, ME 04101 | -$58.80 | $0.00 |
| Tom Riley | 159 Waterhouse Rd., Dayton, ME 04005 | -$56.83 | $0.00 |
| Marion Vierow | 68 Fox Hill Lane, Saco, ME 04072 | -$54.60 | $0.00 |
| Pam Wilson | 63 Verrill Rd., Pownal, ME 04069 | -$52.50 | $0.00 |
| matthew benoit | 22 anson rd, portland, me 04102 | -$52.50 | $0.00 |
| Chuck Thomas | 50 Peep Toad Rd., Wayne, ME 04284 | -$52.00 | $0.00 |
| Tyler Nash | 14 Wilson Rd., Cumberland, ME 04021 | -$46.58 | $0.00 |
| Honor Fox Sage | 133 Head Tide Rd., Alna, ME 04535 | -$46.20 | $0.00 |
| peter kaufman | 50 Canteen's, Chebeague Isl, ME 04096 | -$45.99 | $0.00 |
| jen belesca | 62 sawyer rd, chebeague island, me 04017 | -$40.00 | $0.00 |
| jeff bolduc | 7 sylvan rd, gorham, me 04038 | -$39.22 | $0.00 |
| steve gary | 136 doughty rd, no yarmouth, me 04097 | -$38.13 | $0.00 |
| nick nash | 242 pleasant st, yarmouth, me 04096 | -$36.75 | $0.00 |
| nancy clark | 36 upper egypt rd, buxton, me 04093 | -$34.13 | $0.00 |
| brenda hale | 96 durham road, freeport, me 04032 | -$30.45 | $0.00 |
| hannah babcock | 65 alice ave, portland, me 04103 | -$28.77 | $0.00 |
| eileen raftice | 3 barnswallow ct, scarborough, me 04074 | -$26.25 | $0.00 |
| Maggie Stanley | 116 Lamb Street, Westbrook, ME 04092 | -$24.10 | $0.00 |
| Gehrig Johnson | P.O. Box 4147, Presque Isle, ME 04769 | -$22.05 | $0.00 |
| tony cowles | 45 center st, yarmouth, me 04096 | -$16.80 | $0.00 |
| Donald Morris | Gray | -$14.06 | $0.00 |
| susan moss | 269 clifton street, portland, me 04103 | -$12.40 | $0.00 |
| Owen Lisa | 355 Greely Rd., No. Yarmouth, ME 04097 | -$12.10 | $0.00 |
| robert willwerth | 102 new island avenue, peaks island, me 04108 | -$10.50 | $0.00 |
| | | -$451,201.36 | -$330,036.15 | -$121,165.21 |

B6F (Official Form 6F) (12/07)

In re  **Finest Hearth, Inc.**  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**A.J. Manufacturing, LLC <br>PO Box 435 <br>Thompson, CT 06277** | - | | Goods or Services | | | | 1,664.00 |
| Account No. <br><br>**Accent Sales & Marketing <br>25 Weston Street <br>Carver, MA 02330** | | | Goods or Services | | | | 309.30 |
| Account No. <br><br>**Advantage Gases & Tools <br>PO Box 6378 <br>Wheeling, WV 26003** | - | | Goods or Services | | | | 42.32 |
| Account No. 3715 477269 51008 <br><br>**American Express <br>Box 1270 <br>Newark, NJ 07101** | - | | Credit card purchases | | | | 8,017.39 |

___20___ continuation sheets attached

Subtotal (Total of this page)  **10,033.01**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com  S/N:27728-100929  Best Case Bankruptcy

In re **Finest Hearth, Inc.** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **3725 235480 94003**<br><br>**American Express**<br>**Box 1270**<br>**Newark, NJ 07101** | - | | | **Credit card purchases** | | | | 22,006.63 |
| Account No.<br><br>**Baker Newman Noyes**<br>**280 Fore Street**<br>**Portland, ME 04101** | - | | | **Services Performed** | | | | 5,350.00 |
| Account No.<br><br>**Bangor Daily News**<br>**PO Box 1329**<br>**Bangor, ME 04402** | - | | | **Goods or Services** | | | | 1,473.00 |
| Account No.<br><br>**BB & T Commercial Finance**<br>**950 E. Paces Ferry Road, Suite 2200**<br>**Atlanta, GA 30326** | - | | | **Goods or Services** | | | | 5,705.02 |
| Account No.<br><br>**BB&T Commercial Finance**<br>**PO Box 89011**<br>**Charlotte, NC 28289** | - | | | **Goods or Services** | | | | 15,318.42 |

Sheet no. __1__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,853.07

In re __Finest Hearth, Inc.__ ,                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**BB&T Commercial Finance<br>PO Box 89011<br>Charlotte, NC 28289** | - | | **Goods or Services** | | | | 3,661.62 |
| Account No. **COR 00450** <br><br>**BCN Telecom, Inc.<br>PO Box 52245<br>Newark, NJ 07101-0220** | - | | **Phone (1-800 Service)** | | | | 47.97 |
| Account No. **125827** <br><br>**Blow Bros DBA Waste Ind.<br>PO Box 510<br>Old Orchard Beach, ME 04064** | - | | **Trash Removal (Yarmouth Store)** | | | | 802.04 |
| Account No. **125797** <br><br>**Blow Bros DBA Waste Ind.<br>PO Box 510<br>Old Orchard Beach, ME 04064** | - | | **Trash Removal (Topsham Store)** | | | | 592.86 |
| Account No. <br><br>**Bob Crocker<br>66 Grant Road<br>Freeport, ME 04032** | - | | **Goods or Services** | | | | 375.00 |

Sheet no. __2__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,479.49

In re **Finest Hearth, Inc.** ,                    Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5473-9220-0024-6001** <br><br> **Business Card Services** <br> **PO Box 1044** <br> **Brattleboro, VT 05302-4044** | | - | | | **Credit card purchases** | | | | **9,984.04** |
| Account No. <br><br> **C. B. Davis** <br> **PO Box 58** <br> **Waterville, ME 04901** | | - | | | **Goods or Services** | | | | **147.00** |
| Account No. <br><br> **C. N. Brown Company** <br> **362 Riverside Drive** <br> **Augusta, ME 04330** | | - | | | **Goods or Services** | | | | **1,493.68** |
| Account No. <br><br> **C.R.P. Products, Inc.** <br> **341 Lorne Avenue E.** <br> **Stratford, Ontario N5A 6S4** | | - | | | **Goods or Services** | | | | **4,463.00** |
| Account No. <br><br> **Central Maine Newspapers** <br> **PO Box 1052** <br> **Augusta, ME 04332-1052** | | - | | | **Goods or Services** | | | | **845.05** |

Sheet no. __3__ of __20__ sheets attached to Schedule of         Subtotal
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)                    **16,932.77**

In re **Finest Hearth, Inc.**                                    , Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **441-151-9762-002** <br><br> **Central Maine Power Company** <br> **PO Box 1084** <br> **Augusta, ME 04332-1084** | - | | **Electricity (Portland Store)** | | | | 353.18 |
| Account No. **514-045-0742-001** <br><br> **Central Maine Power Company** <br> **PO Box 1084** <br> **Augusta, ME 04332-1084** | - | | **Electricity (Yarmouth Store)** | | | | 395.26 |
| Account No. <br><br> **Cintas** <br> **88 Spiller Drive** <br> **Westbrook, ME 04092** | - | | **Goods or Services** | | | | 142.91 |
| Account No. <br><br> **CIT Technical Financial Services Inc.** <br> **21146 Network Place** <br> **Chicago, IL 60673-1211** | - | | **Goods or Services** | | | | 440.12 |
| Account No. <br><br> **Citadel Broadcasting** <br> **PO Box 5070** <br> **Augusta, ME 04332** | - | | **Goods or Services** | | | | 1,630.00 |

Sheet no. __4__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        2,961.47

In re **Finest Hearth, Inc.** ,                                  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Past Due Rent (Vassalboro Warehouse) | | | | |
| COMOC Box 4 Vassalboro, ME 04989 | - | | | | | | 2,000.00 |
| Account No. | | | Goods or Services | | | | |
| Conseco Insurance Co. PO Box 223388 Pittsburgh, PA 15251-2388 | - | | | | | | 108.19 |
| Account No. | | | Goods or Services | | | | |
| David Steffensen 726 Lindwood Drive Greensburg, PA 15601 | - | | | | | | 5,000.00 |
| Account No. | | | Goods or Services | | | | |
| Domus Ventures 215 Church Avenue High Point, NC 27262 | - | | | | | | 3,943.00 |
| Account No. | | | Personal Loan | | | | |
| Douglas W. Shanks 439 Park Avenue Rye, NY 10580 | - | | | | | | 71,930.00 |

Sheet no. __5__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                     82,981.19

In re **Finest Hearth, Inc.** _____,  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1213636**  <br><br> **Downeast Energy** <br> **PO Box 11016** <br> **Lewiston, ME 04243-9467** | | - | | Propane (Yarmouth Store) | | | | 1,379.11 |
| Account No.  <br><br> **Dysart's Transporation** <br> **PO Box 1689** <br> **Bangor, ME 04401** | | - | | Goods or Services | | | | 209.00 |
| Account No.  <br><br> **EZ to Use Big Book** <br> **PO Box 1433** <br> **Altoona, PA 16603** | | - | | Goods or Services | | | | 170.75 |
| Account No.  <br><br> **Fireplace Products US Inc.** <br> **2206A Lakeside Boulevard** <br> **Edgewood, MD 21040** | | - | | Goods or Services | | | | 29,573.17 |
| Account No.  <br><br> **Galtech Corporation** <br> **PO Box 305** <br> **Newbury Park, CA 91319** | | - | | Goods or Services | | | | 1,602.27 |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,934.30

In re **Finest Hearth, Inc.** ,                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods or Services | | | | |
| **Grand Mantel Inc.** **6 Lancaster Parkway** **Lancaster, NY 14086** | | - | | | | | 642.95 |
| Account No. | | | Goods or Services | | | | |
| **Hearth & Home Technologies** **13311 Collections Center Drive** **Chicago, IL 60693** | | - | | | | | 27,204.45 |
| Account No. | | | Goods or Services | | | | |
| **Hearthlink International** **9 Maple Street** **Randolph, VT 05060** | | - | | | | | 14,792.53 |
| Account No. | | | Goods or Services | | | | |
| **Hearthstone** **317 Stafford Avenue** **Morrisville, VT 05661** | | - | | | | | 47,474.98 |
| Account No. | | | Goods or Services | | | | |
| **Heartland Appliances** **1050 Fountain Street No.** **Cambridge, Ontario N3H 4R7** | | - | | | | | 135.00 |

Sheet no. __7__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    90,249.91

In re **Finest Hearth, Inc.** ,                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Services | | | | |
| **Home Depot Credit Services PO Box 6029 The Lakes, NV 88901** | - | | | | | | 2,754.44 |
| Account No. | | | Goods or Services | | | | |
| **Idearc Media Corp. PO Box 619009 Dallas, TX 75261-9009** | - | | | | | | 1,275.00 |
| Account No. | | | Goods or Services | | | | |
| **Irving Oil Corporation PO Box 11012 Lewiston, ME 04243-9463** | - | | | | | | 785.45 |
| Account No. | | | Personal Loans | | | | |
| **James Steffensen 20 Island Pond Road Cumberland Foreside, ME 04110** | - | | | | | | 523,407.00 |
| Account No. | | | Personal Loan | | | | |
| **Jeffrey Stewart 5 Boxwood Lane Rye, NY 10580** | - | | | | | | 71,930.00 |

Sheet no. \_\_**8**\_\_ of \_\_**20**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **600,151.89**

In re **Finest Hearth, Inc.** ,  Case No. _____
　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jensen Leisure**<br>**5029 La Mart Drive, Suite B**<br>**Riverside, CA 92507** | | - | **Goods or Services** | | | | 2,614.97 |
| Account No.<br><br>**John Wright Inc.**<br>**PO Box 269**<br>**Wrightsville, PA 17368-0269** | | - | **Goods or Services** | | | | 55.55 |
| Account No.<br><br>**Johnson Gas Appliance Co.**<br>**520 E. Avenue NW**<br>**Cedar Rapids, IA 52405** | | - | **Goods or Services** | | | | 24,033.64 |
| Account No.<br><br>**Kettler International, Inc.**<br>**PO Box 79497**<br>**Baltimore, MD 21279-0497** | | - | **Goods or Services** | | | | 22,573.87 |
| Account No.<br><br>**LaPointe Lumber Co., Inc.**<br>**2385 North Belfast Avenue**<br>**Augusta, ME 04330** | | - | **Goods or Services** | | | | 94.44 |

Sheet no. __9__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 49,372.47 |
|---|

In re   **Finest Hearth, Inc.**                                  ,      Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Maine Biomass** <br> **24 Columbia Avenue** <br> **Brunswick, ME 04011** | - | | | **Goods or Services** | | | | 1,080.00 |
| Account No. <br><br> **Maine Hardware** <br> **274 St. John Street** <br> **Portland, ME 04102** | - | | | **Goods or Services** | | | | 425.91 |
| Account No. <br><br> **Maine Home Design** <br> **75 Market Street, Suite #203** <br> **Portland, ME 04101** | - | | | **Goods or Services** | | | | 12,460.00 |
| Account No. **04-0015-1B** <br><br> **Maine Natural Gas** <br> **PO Box 99** <br> **Brunswick, ME 04011** | - | | | **Gas (Topsham Store)** | | | | 493.19 |
| Account No. **017-77221-1** <br><br> **Mainegas** <br> **PO Box 1090** <br> **Windham, ME 04062** | - | | | **Propane (Portland Store)** | | | | 50.75 |

Sheet no. \_\_**10**\_\_ of \_\_**20**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal      | **14,509.85**

                                 (Total of this page)

In re **Finest Hearth, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods or Services | | | | |
| Material Handling Sales 20 Downeast Drive Yarmouth, ME 04096 | - | | | | | | | 447.55 |
| Account No. | | | | Goods or Services | | | | |
| Northeast Distribution 11 Commerce Way Exeter, NH 03833 | - | | | | | | | 122.31 |
| Account No. | | | | Goods or Services | | | | |
| O'Connor GMC Buick 187 Riverside Drive Augusta, ME 04330 | - | | | | | | | 2,440.88 |
| Account No. | | | | Goods or Services | | | | |
| Olympia Chimney Supply 600 Sanders Street Scranton, PA 18505 | - | | | | | | | 12,359.34 |
| Account No. 1766919 | | | | Phone | | | | |
| One Communications 2150 Holmgren Way Green Bay, WI 54304 | - | | | | | | | 635.01 |

Sheet no. __11__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,005.09

In re  **Finest Hearth, Inc.**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0003007800** | | | Phone | | | | |
| **Oxford Networks**<br>**PO Box 11019**<br>**Lewiston, ME 04243-9470** | - | | | | | | 382.74 |
| Account No. | | | Services Rendered | | | | |
| **Pierce Atwood LLP**<br>**One Monument Square**<br>**Portland, ME 04101** | - | | | | | | 4,147.00 |
| Account No. 36-576-76-2 | | | Trash Removal (Portland Warehouse) | | | | |
| **Pine Tree Waste**<br>**PO Box 1372**<br>**Williston, VT 05495-1372** | - | | | | | | 341.71 |
| Account No. 36-32745-4 | | | Trash Removal (Portland Store) | | | | |
| **Pine Tree Waste**<br>**PO Box 1372**<br>**Williston, VT 05495-1372** | - | | | | | | 421.04 |
| Account No. | | | Goods or Services | | | | |
| **Pitney Bowes Global**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887** | - | | | | | | 32.00 |

Sheet no. **12** of **20** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   5,324.49

In re **Finest Hearth, Inc.** , Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Pitney Bowes Purchase POW** <br>**PO Box 856042** <br>**Louisville, KY 40285-6042** | - | | **Goods or Services** | | | | 12.28 |
| Account No. <br><br>**Portland Magazine** <br>**105 State Street** <br>**Portland, ME 04101** | - | | **Goods and Services** | | | | 12,550.00 |
| Account No. <br><br>**Portland Radio Group** <br>**420 Western Avenue** <br>**South Portland, ME 04106** | - | | **Goods or Services** | | | | 3,500.00 |
| Account No. 141881-02 <br><br>**Portland Water District** <br>**PO Box 6880** <br>**Lewiston, ME 04243-6800** | - | | **Water (Portland Store)** | | | | 82.81 |
| Account No. <br><br>**Protective Covers Inc.** <br>**PO Box 1703** <br>**South Bend, IN 46634** | - | | **Goods or Services** | | | | 44.47 |

Sheet no. __13__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,189.56

In re   **Finest Hearth, Inc.**                           ,       Case No. _____

                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Radford Trans. Inc.**<br>**PO Box 449**<br>**Rockland, MA 02370** | - | | **Goods or Services** | | | | 349.41 |
| Account No.<br><br>**Ray & Candy Manocchio**<br>**310 Cushnoc**<br>**Vassalboro, ME 04989** | - | | **2010**<br>**Past Due Rent (Yarmouth Store)** | | | | 19,040.00 |
| Account No.<br><br>**Rockingham Electric**<br>**437 Shattuck Way**<br>**Portsmouth, NH 03801** | - | | **Goods or Services** | | | | 78.82 |
| Account No.<br><br>**Ross Express, Inc.**<br>**PO Box 8908**<br>**Concord, NH 03303** | - | | **Goods or Services** | | | | 121.36 |
| Account No.<br><br>**Russo Products, Inc.**<br>**61 Pleasant Street**<br>**Randolph, MA 02368** | - | | **Goods or Services** | | | | 96.02 |

Sheet no. __14__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **19,685.61**

In re  **Finest Hearth, Inc.**                                           ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods or Services | | | | |
| **S & M Distributing Co. 6 Lark Industrial Parkway Greenville, RI 02828** | - | | | | | | 398.68 |
| Account No. | | | Goods or Services | | | | |
| **Seacoast Security & Tele. PO Box "A" West Rockport, ME 04865** | - | | | | | | 207.00 |
| Account No. | | | Goods or Services | | | | |
| **Simplex Grinnell Dept CH 10320 Palatine, IL 60055** | - | | | | | | 84.66 |
| Account No. | | | Services Performed | | | | |
| **Spinglass Management Group 16 Casco Street, 3rd Floor Portland, ME 04101** | - | | | | | | 2,589.00 |
| Account No. | | | Goods or Services | | | | |
| **SpireExpress 477 Congress Street Portland, ME 04101** | - | | | | | | 4,810.75 |

Sheet no. __15__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    8,090.09

In re **Finest Hearth, Inc.** ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Goods or Services | | | | |
| **Staples Business Adv. Dept BOS PO Box 415256 Boston, MA 02241-5256** | | | | | | | 847.15 |
| Account No. 6035517812735651 | | - | Credit card purchases | | | | |
| **Staples Credit Plan PO Box 689020 Des Moines, IA 50362-9020** | | | | | | | 4,464.95 |
| Account No. | | - | Goods or Services | | | | |
| **Stoll Fireplace Equipment 153 Highway 201 Abbeville, SC 29620** | | | | | | | 892.00 |
| Account No. | | - | Goods or Services | | | | |
| **T G Schmeiser Co. Inc. PO Box 1047 Fresno, CA 93714-1047** | | | | | | | 7,104.72 |
| Account No. | | - | Goods or Services | | | | |
| **Tarantin Tank & Equipment 86 Vanderveer Road Freehold, NJ 07728** | | | | | | | 359.13 |

Sheet no. __16__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          13,667.95

In re   **Finest Hearth, Inc.**                                    ,                    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Goods or Services** | | | | |
| **Telescope Casual Furniture, Inc.** **PO Box 299** **Granville, NY 12832** | - | | | | | | 17,013.66 |
| Account No. | | | **Goods or Services** | | | | |
| **The Sign Store** **325 Center Street** **Auburn, ME 04210** | - | | | | | | 110.00 |
| Account No. | | | **Goods or Services** | | | | |
| **Thompson & Anderson, Inc.** **53 Seavey Street** **Westbrook, ME 04092** | - | | | | | | 3,067.55 |
| Account No. 089216301 | | | **Telecommunications** | | | | |
| **Time Warner Cable** **118 Johnson Road** **Portland, ME 04102** | - | | | | | | 524.19 |
| Account No. 019490502 | | | **Telecommunications** | | | | |
| **Time Warner Cable** **PO Box 1034** **Buffalo, NY 14240-1034** | - | | | | | | 796.51 |

Sheet no. __17__ of __20__ sheets attached to Schedule of            Subtotal                    21,511.91
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

In re **Finest Hearth, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **031611701** <br><br> **Time Warner Cable** <br> **PO Box 1034** <br> **Buffalo, NY 14240-1034** | | - | **Telecommunications** | | | | 49.30 |
| Account No. <br><br> **United Parcel Service** <br> **PO Box 7247-0244** <br> **Philadelphia, PA 19170** | | - | **Goods or Services** | | | | 29.61 |
| Account No. **5106247-5030060** <br><br> **Unitil ME** <br> **PO Box 981010** <br> **Boston, MA 02298** | | - | **Gas (Portland Store)** | | | | 985.90 |
| Account No. <br><br> **VAI** <br> **120 Comac Street** <br> **Ronkonkoma, NY 11779** | | - | **Goods or Services** | | | | 1,848.00 |
| Account No. **1048761** <br><br> **VAR Resources Inc.** <br> **PO Box 790448** <br> **Saint Louis, MO 63179-0448** | | - | **Past Due Rent (Computer Lease)** | | | | 2,600.90 |

Sheet no. \_\_**18**\_\_ of \_\_**20**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     5,513.71

In re **Finest Hearth, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods or Services | | | | |
| Village Products Box 83378 Woburn, MA 01813-3378 | | - | | | | | 9,501.46 |
| Account No. | | | Goods or Services | | | | |
| VIP 12 Lexington Street Lewiston, ME 04240 | | - | | | | | 324.15 |
| Account No. | | | Personal Loan | | | | |
| William J. McCormick PO Box 395 Center Lovell, ME 04016 | | - | | | | | 71,930.00 |
| Account No. | | | Goods or Services | | | | |
| Wittus, Inc. PO Box 120 Pound Ridge, NY 10576 | | - | | | | | 15,487.56 |
| Account No. | | | Goods or Services | | | | |
| Woodman Associates, Inc. PO Box 186 East Wakefield, NH 03830 | | - | | | | | 72.03 |

Sheet no. __19__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

97,315.20

In re __Finest Hearth, Inc.__ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | 2010 Past Due Rent (Portland Warehouse) | | | | |
| Wyatt Garfield 145 Presumpscot Street Portland, ME 04101 | | | | | | | | | 1,323.00 |
| Account No. 600773001 | | - | | | Water (Yarmouth Store) | | | | |
| Yarmouth Water District PO Box 419 Yarmouth, ME 04096-0419 | | | | | | | | | 272.30 |
| Account No. | | - | | | Goods or Services | | | | |
| Yellow Freight Systems PO Box 13850 Newark, NJ 07188-0850 | | | | | | | | | 264.37 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __20__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 1,859.67 |
| Total (Report on Summary of Schedules) | | 1,160,622.70 |

In re    **Finest Hearth, Inc.**                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Art Banister**<br>**9 Woodcrest Road**<br>**Cape Elizabeth, ME 04107** | **Real Property Leases**<br>**9 Commercial Street, Portland, Maine**<br>**11 Main Street, Topsham, Maine** |
| **COMOC**<br>**Box 4**<br>**Vassalboro, ME 04989** | **Real Property Lease**<br>**Warehouse located in Vassalboro, Maine** |
| **Finest Hearth & Home, LLC**<br>**PO Box 20**<br>**Buxton, ME 04093** | **Service Mark License Agreement Dated June 14, 2010** |
| **Finest Hearth & Home, LLC**<br>**PO Box 20**<br>**Buxton, ME 04093** | **Non-Competition Agreement Dated June 14, 2010** |
| **Ray & Candy Manocchio**<br>**310 Cushnoc Road**<br>**Vassalboro, ME 04989** | **Real Property Lease**<br>**893 Route 1, Yarmouth, Maine** |
| **VAR Resources, Inc.**<br>**2330 Interstate 30**<br>**Mesquite, TX 75150** | **Computer Lease** |
| **Wyatt Garfield**<br>**145 Presumptscot Street**<br>**Portland, ME 04101** | **Real Property Lease**<br>**145 Presumpscot Street, Portland, Maine** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Finest Hearth, Inc.**                                       ,   Case No. _____

                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **James Steffensen**<br>**20 Island Pond Road**<br>**Cumberland Foreside, ME 04110** | **American Express**<br>**Box 1270**<br>**Newark, NJ 07101** |
| **James Steffensen**<br>**20 Island Pond Road**<br>**Cumberland Foreside, ME 04110** | **People's United Bank**<br>**467 Congress Street**<br>**Portland, ME 04101** |
| **James Steffensen**<br>**20 Island Pond Road**<br>**Cumberland Foreside, ME 04110** | **Coastal Enterprises, Inc.**<br>**36 Water Street**<br>**PO Box 268**<br>**Wiscasset, ME 04578** |
| **James Steffensen**<br>**20 Island Pond Road**<br>**Cumberland Foreside, ME 04110** | **Hearth & Home Technologies**<br>**7571 215th West Street**<br>**Lakeville, MN 55044** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## District of Maine

In re    **Finest Hearth, Inc.**            Case No. _____
                                     Debtor(s)        Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**41**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 10, 2011**                  Signature    **/s/ James P. Steffensen** _____

                                                      **James P. Steffensen**
                                                      **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maine

In re __Finest Hearth, Inc.__                                Case No. _____

                                         Debtor(s)            Chapter     __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,118,838.00** | **2010 - Gross Sales** |
| **$5,024,713.00** | **2009 - Gross Sales** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      AMOUNT                  SOURCE

## 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **To be provided within ten days.** | | **$0.00** | **$0.00** |

None □

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **None, Except as Listed in Item 23 Below** | | **$0.00** | **$0.00** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None
☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Pierce Atwood LLP One Monument Square Portland, ME 04101** | **12/30/10** | **$10,000** |

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Finest Hearth and Home, LLC**<br>**Attn: Peter McVety**<br>**PO Box 20**<br>**Buxton, ME 04093** | **6/14/10** | **Assets of Bangor and Augusta Stores Previously Operated by Debtor for $322,308.69** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 740 Hogan Road<br>Bangor, ME | Finest Hearth & Home | 10/2/03-7/14/10 |
| 8 Shuman Drive<br>Augusta, ME | Finest Hearth & Home | 2/12/09-7/14/10 |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Dara Wentworth**<br>**Portland, ME 04101** | **September 2010 - January 7, 2011** |
| **Shereen Deschaine**<br>**9 Roberts Street**<br>**Waterville, ME 04901** | **October 2003 - November 2010** |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Baker Newman Noyes** | **280 Fore Street**<br>**Portland, ME 04101** | **2007-2010** |
| **Spinglass Management Group** | **16 Casco Street, 3rd Floor**<br>**Portland, ME 04101** | **2007-2010** |

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **People's United Bank**<br>**467 Congress Street**<br>**Portland, ME 04101** | **September 15, 2010** |
| **Coastal Enterprises, Inc.**<br>**P.O. Box 268**<br>**Wiscasset, ME 04578** | |
| **Hearthstone Quality Home Heating**<br>**317 Stafford Avenue**<br>**Morrisville, VT 05661** | **October 2010** |
| **Hearth & Home Technologies**<br>**7571 215th West Street**<br>**Lakeville, MN 55044** | |

---

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **January 10, 2010** | **Shereen Deschaine** | **$1,654,601.00** |
| **July 10, 2010** | **Shereen Deschaine** | **$1,183,159.00** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **January 10, 2010** | **Finest Hearth, Inc.**<br>**9 Commercial Street**<br>**Portland, ME 04101** |
| **July 10, 2010** | **Finest Hearth, Inc.**<br>**9 Commercial Street**<br>**Portland, ME 04101** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **S3 Acquisition Company, LLC**<br>**307 Foreside Road**<br>**Cumberland Foreside, ME 04110** | **Sole Shareholder of Finest Hearth, Inc.** | **Direct Owner of 100% of Stock in Debtor** |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **James Steffensen**<br>**20 Island Pond Road**<br>**Cumberland Foreside, ME 04110** | **President & Treasurer/Indirect Owner** | **Indirect Owner of 69.15% Interest in Debtor (via 69.15% Interest in S3 Acquisition Company, LLC)** |
| **Frank Tarantino** | **Indirect Owner** | **Indirect Owner of 16.46% Interest in Debtor (via 16.46% Interest in S3 Acquisition Company, LLC)** |
| **Lauris G. Rall**<br>**81 Osborn Road**<br>**Rye, NY 10580** | **Indirect Owner** | **Indirect Owner of 4.80% Interest in Debtor (via 4.80% Interest in S3 Acquisition Company, LLC)** |
| **Anthony J. Savarese**<br>**30 Drake Avenue**<br>**Rye, NY 10580** | **Indirect Owner** | **Indirect Owner of 4.80% Interest in Debtor (via 4.80% Interest in S3 Acquisition Company, LLC)** |
| **Douglas W. Shanks**<br>**439 Park Avenue**<br>**Rye, NY 10580** | **Indirect Owner** | **Indirect Owner of 4.80% Interest in Debtor (via 4.80% Interest in S3 Acquisition Company, LLC)** |

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **James Steffensen**<br>**20 Island Pond Road**<br>**Cumberland Foreside, ME 04110**<br>  **President & Treasurer** | **Compensation; 1/1/10-12/31/10** | **$81,570** |

---

**24. Tax Consolidation Group.**

None ☐ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **S3 Acquisition Company, LLC** | |

---

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **January 10, 2011**          Signature  **/s/ James P. Steffensen**
                                                  **James P. Steffensen**
                                                **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Maine

In re   **Finest Hearth, Inc.**                            Case No. _____

                                                Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 10, 2011**                      **/s/ Jacob A. Manheimer**
                                             **Jacob A. Manheimer**
                                             **Pierce Atwood LLP**
                                           **One Monument Square**
                                           **Portland, ME 04101**
                                           **(207) 791-1100  Fax: (207) 791-1350**

# United States Bankruptcy Court
## District of Maine

In re   **Finest Hearth, Inc.**                   Case No. _____

                                  Debtor(s)      Chapter    **7**

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of __37__ pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date:   **January 10, 2011**            **/s/ Jacob A. Manheimer**

                                     Signature of Attorney
                                     **Jacob A. Manheimer**
                                     **Pierce Atwood LLP**
                                     **One Monument Square**
                                     **Portland, ME 04101**
                                     **(207) 791-1100   Fax: (207) 791-1350**

A.J. Manufacturing, LLC
PO Box 435
Thompson, CT 06277


Accent Sales & Marketing
25 Weston Street
Carver, MA 02330


Advantage Gases & Tools
PO Box 6378
Wheeling, WV 26003


Alan Casavant
22 Meeting House Road
Biddeford, ME 04005


Alan Lukas
16 Stapleford Drive
Falmouth, ME 04105


American Express
Box 1270
Newark, NJ 07101


Andrea Germanos
48 Fall Brook Street
Portland, ME 04103


Andrew Mader
16 Coulthard Farms
Scarborough, ME 04074


Anthony Wilkins
456 Blackstrap Road
Falmouth, ME 04105

Arnold Clark
34 Saint Theresa Drive
Durham, ME 04222

Art Banister
9 Woodcrest Road
Cape Elizabeth, ME 04107

Baker Newman Noyes
280 Fore Street
Portland, ME 04101

Bangor Daily News
PO Box 1329
Bangor, ME 04402

Bangor Savings Bank
280 Fore Street
Portland, ME 04101

Barbara Roux
4 Baxter Lane
Brunswick, ME 04011

Barry & Carol Knowles
704 Pleasant Hill Road
Brunswick, ME 04011

Barry Connolly
11 White Cap Lane
Wells, ME 04090

BB & T Commercial Finance
950 E. Paces Ferry Road, Suite 2200
Atlanta, GA 30326

BB&T Commercial Finance
PO Box 89011
Charlotte, NC 28289


BCN Telecom, Inc.
PO Box 52245
Newark, NJ 07101-0220


Bernie Hershberger
193 Main Street
Freeport, ME 04032


Beth Collins
17 Crestwood Drive
Gorham, ME 04038


Bethany Hamilton
21 Field Way
Gray, ME 04039


Betti Curran
9 Lady Slipper Lane
Topsham, ME 04086


Betty Legoff
30 Little Pond Road
Denmark, ME 04022


Beverly Gabe
24 Fillions Way
Gorham, ME 04038


Blow Bros DBA Waste Ind.
PO Box 510
Old Orchard Beach, ME 04064

Bob Crocker
66 Grant Road
Freeport, ME 04032


Bob Sweat
23 Happy Lane
Windham, ME 04062


Brad Ciechomski
177 Frances Street
Portland, ME 04102


Brenda Hale
96 Durham Road
Freeport, ME 04032


Brian Burwell
12 Maple Avenue
Freeport, ME 04032


Business Card Services
PO Box 1044
Brattleboro, VT 05302-4044


C. B. Davis
PO Box 58
Waterville, ME 04901


C. N. Brown Company
362 Riverside Drive
Augusta, ME 04330


C.R.P. Products, Inc.
341 Lorne Avenue E.
Stratford, Ontario N5A 6S4

Carole Ryder
17 Edes Road
Cumberland Center, ME 04021


Carolyn Flaherty
31 Cross Hill Road
Cape Elizabeth, ME 04107


Carolyn Parker
2 Island Avenue
Peaks Island, ME 04108


Central Line Construction
PO Box 1264
Portland, ME 04104


Central Maine Newspapers
PO Box 1052
Augusta, ME 04332-1052


Central Maine Power Company
PO Box 1084
Augusta, ME 04332-1084


Chance Stevens-Griffeth
4 Curtis Street
Brunswick, ME 04011


Charles Paclat
8 Lydon Lane
Cape Elizabeth, ME 04107


Charlie Koch
174 Longfellow Street
Portland, ME 04103

Chris Condon
91 Concord Circle
Yarmouth, ME 04096


Chris Copp
17 Browning Way
Cumberland Center, ME 04021


Chris Ferland
13 Muirfield Road
Cumberland Center, ME 04021


Chris Robinson
164 Foreside Road
Falmouth, ME 04105


Christina Fan
17 Brookside Drive
Falmouth, ME 04105


Chuck Thomas
50 Peep Toad Road
Wayne, ME 04284


Cintas
88 Spiller Drive
Westbrook, ME 04092


CIT Technical Financial Services Inc.
21146 Network Place
Chicago, IL 60673-1211


Citadel Broadcasting
PO Box 5070
Augusta, ME 04332

Coastal Enterprises, Inc.
36 Water Street
PO Box 268
Wiscasset, ME 04578


Cody Gillis
127 Jordan Avenue
Brunswick, ME 04011


COMOC
Box 4
Vassalboro, ME 04989


Conseco Insurance Co.
PO Box 223388
Pittsburgh, PA 15251-2388


Cornelius (Neil) McGinn
1180 Shore Road
Cape Elizabeth, ME 04107


Dave Kuhns
172 Middle Road
Cumberland Center, ME 04021


David and Priscilla Mckeith
40 Colonial Drive
Durham, ME 04222


David Collions
47 Snowdrift Lane
Yarmouth, ME 04096


David Fuller
755 Webb Mills Road
Raymond, ME 04071

David Oldrich
47 Resolution Place
Cape Elizabeth, ME 04107


David Steffensen
726 Lindwood Drive
Greensburg, PA 15601


Debora Keller/Doug Bertlesman
23 Bedford Street
Bath, ME 04530


Deborah Diamond
1476 Washington Avenue
Portland, ME 04103


Deborah Yale
50 St. Lawerence Street
Portland, ME 04101


Domus Ventures
215 Church Avenue
High Point, NC 27262


Donald Morris
Gray, ME 04039


Doug Welch
12 Grayhurst Park
Portland, ME 04102


Doug Williams
53 Wildwood Drive
Cape Elizabeth, ME 04107

Douglas W. Shanks
439 Park Avenue
Rye, NY 10580


Downeast Energy
PO Box 11016
Lewiston, ME 04243-9467


Dysart's Transporation
PO Box 1689
Bangor, ME 04401


Edward Auden
11 Moses Chick Lane
Limington, ME 04049


Edward Miller
8 Field Ways
Scarborough, ME 04074


Eileen Masse
91 Hayfield Road
Yarmouth, ME 04096


Eileen Raftice
3 Barnswallow CT
Scarborough, ME 04074


Elinore Clark
10 Chester Avenue
Falmouth, ME 04105


Elliot Mead
P.O. Box 833
Bath, ME 04530

Emily Springer
43 Longfellow Drive
Cape Elizabeth, ME 04107


Eric Taquet
21 Lockland Drive
Windham, ME 04062


Erik Bergman
62 Neil Street
Portland, ME 04102


Erika Ziller
16 Nevens Street
Portland, ME 04103


EZ to Use Big Book
PO Box 1433
Altoona, PA 16603


Finest Hearth & Home, LLC
PO Box 20
Buxton, ME 04093


Fireplace Products US Inc.
2206A Lakeside Boulevard
Edgewood, MD 21040


FR Chad Williams
1001 River Road
Gardiner, ME 04345


Francis Moss
40 Whipple Road
Gorham, ME 04038

Galtech Corporation
PO Box 305
Newbury Park, CA 91319


Gary Allegreta
43 Wendy Way
Portland, ME 04103


Gary Shaffer
139 Cathance Road
Topsham, ME 04086


Gehrig Johnson
PO Box 4147
Presque Isle, ME 04769


George Little
6 Matthew Drive
Brunswick, ME 04011


George McEntee
125 Spruce Point Road
Yarmouth, ME 04096


George Stouter
11 Rial Herald Road
Bremen, ME 04551


Glenice Ritchie
76 Center Road
Gray, ME 04039


Gosselin Builders
22 Adeas Lane
Topsham, ME 04086

Grand Mantel Inc.
6 Lancaster Parkway
Lancaster, NY 14086


Greg Friedel
99 Middle Road
Cumberland Center, ME 04021


Hannah Babcock
65 Alice Avenue
Portland, ME 04103


Hearth & Home Technologies
13311 Collections Center Drive
Chicago, IL 60693


Hearthlink International
9 Maple Street
Randolph, VT 05060


Hearthstone
317 Stafford Avenue
Morrisville, VT 05661


Heartland Appliances
1050 Fountain Street No.
Cambridge, Ontario N3H 4R7


Heather Eukitis
42 Old River Road
Biddeford, ME 04005


Heidi Will
3 Judge Hasty Lane
Scarborough, ME 04074

Henry Mobley
25 Lands End Lane
Kennebunkport, ME 04046


Hilary Rapkin
8 Avon Road
Falmouth, ME 04105


Holly Simmons
126 Country Lane
Durham, ME 04222


Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901


Honor Fox Sage
133 Head Tide Road
Alna, ME 04535


Hope Becker
PO Box 92
46 Russell Road
Poland, ME 04274


Idearc Media Corp.
PO Box 619009
Dallas, TX 75261-9009


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Irving Oil Corporation
PO Box 11012
Lewiston, ME 04243-9463

Jack Green
280 Daniels Road
Middle Road
Union, ME 04862


James & Alison Fisk
67 Hanson Lane
Hollis Center, ME 04042


James Gilbert
308 Chandlers Wharf
Portland, ME 04101


James Merrill
212 West Main Street
Yarmouth, ME 04096


James Steffensen
20 Island Pond Road
Cumberland Foreside, ME 04110


James Thomson
87 Dike Farm Road
South Portland, ME 04106


Jane Gregory
144 Wolfneck Road
Freeport, ME 04032


Jean Giunti
15 Larrabee Farm Road
Brunswick, ME 04011


Jeff Bolduc
7 Sylvan Road
Gorham, ME 04038

Jeff Ring/Lin Nale
21 Rock Away Road
Falmouth, ME 04105


Jeffery Hahn
37 Proctor Drive
Chebeague Island, ME 04017


Jeffrey Stewart
5 Boxwood Lane
Rye, NY 10580


Jen Andrews
702 Chandlers Wharf
Portland, ME 04101


Jen Belesca
62 Sawyer Road
Chebeague Island, ME 04017


Jennifer Bush
15 Maple Street
Falmouth, ME 04105


Jensen Leisure
5029 La Mart Drive, Suite B
Riverside, CA 92507


Jim Hagar
15 Spring Street
Essex, MA 01929


Jim Handscom
14 Taylor Loop Road
Yarmouth, ME 04096

Joe Alexander
40 Waites Landing Road
Falmouth, ME 04105


John Carroll
8 Summit Circle
Westbrook, ME 04092


John E. Ungemach
PO Box 793
Tijeras, NM 87059


John Gordon Builder Inc
PO Box 368
Woolwich, ME 04579


John Morris
32 Stoneridge Circle
Standish, ME 04084


John Planinsek
16 Arrow Point Road
Cape Elizabeth, ME 04107


John Rothwell
270 Princes Point Road
Brunswick, ME 04011


John Votto
25 Maple Street
Gardiner, ME 04345


John Wright Inc.
PO Box 269
Wrightsville, PA 17368-0269

Johnson Gas Appliance Co.
520 E. Avenue NW
Cedar Rapids, IA 52405


Jonathan Giles
24 Merrymeeting Road
Brunswick, ME 04011


Jonathan Green
241 River Road
Brunswick, ME 04011


Judy Golden
1 Ledgewood Lane
Lisbon Falls, ME 04252


Justin Drake
31 Birchwood Drive
Portland, ME 04102


Kathleen Reed
53 Narrows Road
Woolwich, ME 04579


Kathleen Walton
Falmouth, ME 04105


Kathy Hutchins
652 Deering Ridge Road
East Waterboro, ME 04030


Ken Kantro
15 Island View Road
Cape Elizabeth, ME 04107

Ken Spirer
18 Neal Street
Portland, ME 04102


Ken Wise
1014 Mere Point Road
Brunswick, ME 04011


Kerry Weinrich
84 Morton Road
Yarmouth, ME 04096


Kettler International, Inc.
PO Box 79497
Baltimore, MD 21279-0497


Kevin Arruda
12 Harbor Ridge
Freeport, ME 04032


Kevin Milmer
PO Box 235
Lincoln, ME 04457


Kim Smith
51 Dundee Road
Windham, ME 04062


Kurt Faulkner
118 Old Town Road
Hudson, ME 04449


LaPointe Lumber Co., Inc.
2385 North Belfast Avenue
Augusta, ME 04330

Larry Globe
56 Tyler Lane
Frankfort, ME 04438


Laura Goulet
99 Webster Road
Freeport, ME 04032


Laurie Kelley
16 Country Lane
Falmouth, ME 04105


Leah Skelton
64 Ledgeview Lane
Woolwich, ME 04579


Lee Hargadon
67 Willow Gove
Brunswick, ME 04011


Leon Hadiaris
32 Glenhaven Circle
Saco, ME 04072


Leon Harkleroad
31 Carding Machine Road
Bowdoinham, ME 04008


Leslie Connolly
23 Hunts Point Road
Cape Elizabeth, ME 04107


Libby Albanese
155 Frazier Pasture
Ogunquit, ME 03907

Linda Goldsmith
4 Melvin Terrace
Denmark, ME 04022


Linda Norden
19 South Street #15
Falmouth, ME 04105


Lisa Brent
26 Timber Ridge Road
Gorham, ME 04038


Liz Williams
60 Oak Lawn Road
Peaks Island, ME 04108


Lori Jones
216 Nash Road
Windham, ME 04062


Lynn Kinney
79 Hodson Road
Pownal, ME 04069


Maggie Stanley
116 Lamb Street
Westbrook, ME 04092


Maine Biomass
24 Columbia Avenue
Brunswick, ME 04011


Maine Hardware
274 St. John Street
Portland, ME 04102

Maine Home Design
75 Market Street, Suite #203
Portland, ME 04101


Maine Natural Gas
PO Box 99
Brunswick, ME 04011


Maine Revenue Services
Compliance-Bankruptcy Notification
PO 9101
Augusta, ME 04332


Maine Street & Design
239 Harpswell Island Road
Harpswell, ME 04079


Mainegas
PO Box 1090
Windham, ME 04062


Mari Maya
15 Woodland Road
Pownal, ME 04069


Marion Vierow
68 Fox Hill Lane
Saco, ME 04072


Martin Cummings
185 Hillside Street
Yarmouth, ME 04096


Marty Braga
190 Foundry Road
Standish, ME 04084

Mary Babikian
28 Lower Falls Road
Falmouth, ME 04105


Mary-Ann Shukalo
6 Dennison Avenue
Freeport, ME 04032


Material Handling Sales
20 Downeast Drive
Yarmouth, ME 04096


Matt Maurer
50 Laurel Shore Drive
Harpswell, ME 04079


Matthew Benoit
22 Anson Road
Portland, ME 04102


Matthew Horgan
1 Angel Place
Bath, ME 04530


Matthew Sarapas
1669 Forest Avenue
Portland, ME 04103


Melinda Monks
3 Odyssey Lane
Cape Elizabeth, ME 04107


Melinda Plastas
15 Brookside Avenue
South Portland, ME 04106

Michael Jung
28 Surrey Lane
Falmouth, ME 04105


Michael Sweem
229 Front Street
Richmond, ME 04357


Micheal Colerick
111 Longwood Drive
Portland, ME 04102


Nancy Clark
36 Upper Egypt Road
Buxton, ME 04093


Nancy Negri
19 Spruce Circle
Scarborough, ME 04074


Nazeer Shareef
1 Briddle Path Lane
Windham, ME 04062


Nick Nash
242 Pleasant Street
Yarmouth, ME 04096


Nicole Fornier
496 W. Burrough Road
Bowdoin, ME 04287


Norman Laverrier
71 Lunt Road
Falmouth, ME 04105

Northeast Distribution
11 Commerce Way
Exeter, NH 03833


Northern Sun
53 Main Street
Topsham, ME 04086


O'Connor GMC Buick
187 Riverside Drive
Augusta, ME 04330


Olympia Chimney Supply
600 Sanders Street
Scranton, PA 18505


One Communications
2150 Holmgren Way
Green Bay, WI 54304


Owen Lisa
355 Greely Road
North Yarmouth, ME 04097


Oxford Networks
PO Box 11019
Lewiston, ME 04243-9470


Pam Wilson
63 Verrill Road
Pownal, ME 04069


Pandy Zolas
17 Beech Drive
Brunswick, ME 04011

Pat Anania
90 Brown Cove Road
Windham, ME 04062


Patrick Baldwin
18 Greenway Drive
Falmouth, ME 04105


Patrick Gilgallon
107 Vaughn Street
Portland, ME 04102


Patty Obrien Ames
85 Wilson Cove Road
Harpswell, ME 04079


Paul & Shannon Deschenes
5 East Merrill Road
Lewiston, ME 04240


People's United Bank
467 Congress Street
Portland, ME 04101


Peter & Alice Mellin
107 Wharf Road
Yarmouth, ME 04096


Peter & Celeste Bridgford
40 Central Avenue
Peaks Island, ME 04108


Peter Bounerman-Burn
91 Lower Flying Point Road
Freeport, ME 04032

Peter Kaufman
50 Canteen's
Chebeague Island, ME 04017


Peter Siegel
6 High Street
Brunswick, ME 04011


Philip Sewall
26 Dewitt Hill Road
Durham, ME 04222


Pierce Atwood LLP
One Monument Square
Portland, ME 04101


Pine Tree Waste
PO Box 1372
Williston, VT 05495-1372


Pitney Bowes Global
PO Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Purchase POW
PO Box 856042
Louisville, KY 40285-6042


Portland Magazine
105 State Street
Portland, ME 04101


Portland Radio Group
420 Western Avenue
South Portland, ME 04106

Portland Water District
PO Box 6880
Lewiston, ME 04243-6800


Protective Covers Inc.
PO Box 1703
South Bend, IN 46634


Quentin Besch
16 Rural Hill
Windham, ME 04062


Radford Trans. Inc.
PO Box 449
Rockland, MA 02370


Ram Tray
101 Chute Road
Windham, ME 04062


Ray & Candy Manocchio
310 Cushnoc
Vassalboro, ME 04989


Ray & Candy Manocchio
310 Cushnoc Road
Vassalboro, ME 04989


Ray Kusche
16 Courtland Road
Freeport, ME 04032


Rebecca Dobrow
58 Gray Street
Portland, ME 04102

Richard Atkinson
8 Bruster Place
Bar Mills, ME 04004


Richard Vieira
14 Cobbs Bridge Road
New Gloucester, ME 04260


Robert McAleer
68 Dawson Street
South Portland, ME 04106


Robert Williamson
102 Johnson Road
Gorham, ME 04038


Robert Willwerth
102 New Island Avenue
Peaks Island, ME 04108


Rockingham Electric
437 Shattuck Way
Portsmouth, NH 03801


Rod Dean
129 Hunter Road
Freeport, ME 04032


Roger Bassett
18 Hemlock Hill Road
Bath, ME 04530


Roger Miller
4 Henchey Way
Kennebunkport, ME 04046

Ross Express, Inc.
PO Box 8908
Concord, NH 03303


Russ Doucette
3 Frederick Thompson Drive
Scarborough, ME 04074


Russell Hall
148 North Road
North Yarmouth, ME 04097


Russo Products, Inc.
61 Pleasant Street
Randolph, MA 02368


Ryan Wallace
13 Herrick Road
Gorham, ME 04038


S & M Distributing Co.
6 Lark Industrial Parkway
Greenville, RI 02828


Sally Brewer
9 Interurban Drive
Cumberland Center, ME 04021


Sam Wilson
259 Spring Street
Portland, ME 04102


Sandra Biddle
30 Longfellow Drive
Cape Elizabeth, ME 04107

Sara Merrill
51 Cottage Farms Road
Cape Elizabeth, ME 04107


Sara Oliver
123 Princess Point Road
Yarmouth, ME 04096


Scott Giles
6 Woodgate Road
Scarborough, ME 04074


Scott Gleeson
23 Park Street
Freeport, ME 04032


Scott Smith
35 Woodside Drive
Cumberland Center, ME 04021


Seacoast Security & Tele.
PO Box "A"
West Rockport, ME 04865


See Attached


Sharon Johnson
9 Malcomb Drive
Harpswell, ME 04079


Shawn Varney
12 Bosox Drive
Windham, ME 04062

Sheilagh Cleevely
Yarmouth, ME 04096


Sheri Danforth
198 New Portland Road
Gorham, ME 04038


Simplex Grinnell
Dept CH 10320
Palatine, IL 60055


Spinglass Management Group
16 Casco Street, 3rd Floor
Portland, ME 04101


SpireExpress
477 Congress Street
Portland, ME 04101


Stan Armstrong
10 Rockwood Acres
Raymond, ME 04071


Staples Business Adv.
Dept BOS
PO Box 415256
Boston, MA 02241-5256


Staples Credit Plan
PO Box 689020
Des Moines, IA 50362-9020


Stephen Grannell
20 Campbell Shore Road
Gray, ME 04039

Steve Gary
136 Doughty Road
North Yarmouth, ME 04097


Steve Stairs, Portland Country Club
11 Foreside Road
Falmouth, ME 04105


Stoll Fireplace Equipment
153 Highway 201
Abbeville, SC 29620


Susan Jarvis
Haven By the Sea
59 Church Street
Wells, ME 04090


Susan Moss
269 Clifton Street
Portland, ME 04103


Susan Reeder
24 Jersey Avenue
Portland, ME 04103


T G Schmeiser Co. Inc.
PO Box 1047
Fresno, CA 93714-1047


Tarantin Tank & Equipment
86 Vanderveer Road
Freehold, NJ 07728


Telescope Casual Furniture, Inc.
PO Box 299
Granville, NY 12832

Terrence Reed
4 Cider Run
Topsham, ME 04086


The Sign Store
325 Center Street
Auburn, ME 04210


Thompson & Anderson, Inc.
53 Seavey Street
Westbrook, ME 04092


Tim Hanquist
95 Deerfield Road
Portland, ME 04101


Time Warner Cable
118 Johnson Road
Portland, ME 04102


Time Warner Cable
PO Box 1034
Buffalo, NY 14240-1034


TJ Kozma
63 6th Street
Portland, ME 04103


Tom Beech
4 Lancaster Lane
Scarborough, ME 04074


Tom Riley
159 Waterhouse Road
Biddeford, ME 04005

```
Tony Cowles
45 Center Street
Yarmouth, ME 04096


Travis Barton
21 Beaver Pond Road
Topsham, ME 04086


Tyler Kennedy
7 Hidden Pond Road
Harpswell, ME 04079


Tyler Nash
14 Wilson Road
Cumberland Center, ME 04021


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170


Unitil ME
PO Box 981010
Boston, MA 02298


VAI
120 Comac Street
Ronkonkoma, NY 11779


VAR Resources Inc.
PO Box 790448
Saint Louis, MO 63179-0448


VAR Resources, Inc.
2330 Interstate 30
Mesquite, TX 75150
```

Village Products
Box 83378
Woburn, MA 01813-3378


Vincent Shelzi
101 Hill Road
Milan, NH 03588


VIP
12 Lexington Street
Lewiston, ME 04240


Weldon Larkin
19 Williams Drive
Topsham, ME 04086


Wendy Bland
34 Rolfe Road
Windham, ME 04062


Wendy Whitaker
3 Sandy Beach
Freeport, ME 04032


Whitney Mills/Cara Bachner
182 Margaret Street
South Portland, ME 04106


William Beattie
204 Doughty Point Road
Harpswell, ME 04079


William Curtis
4 Walnut Lane
Brunswick, ME 04011

William Hawes
10 Nancy Road
Buxton, ME 04093


William J. McCormick
PO Box 395
Center Lovell, ME 04016


William Wyman
30 Elton Farm Road
Harpswell, ME 04079


Wittus, Inc.
PO Box 120
Pound Ridge, NY 10576


Wolfgang Schumann
PO Box 417
East Boothbay, ME 04544


Woodman Associates, Inc.
PO Box 186
East Wakefield, NH 03830


Wyatt Garfield
145 Presumpscot Street
Portland, ME 04101


Wyatt Garfield
145 Presumptscot Street
Portland, ME 04101


Yarmouth Water District
PO Box 419
Yarmouth, ME 04096-0419

Yellow Freight Systems
PO Box 13850
Newark, NJ 07188-0850

# United States Bankruptcy Court
## District of Maine

In re    **Finest Hearth, Inc.**                Case No. _____

                         Debtor(s)        Chapter    **7**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Finest Hearth, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**S3 Acquisition Company, LLC**
**307 Foreside Road**
**Cumberland Foreside, ME 04110**



☐ None [*Check if applicable*]




| | |
|---|---|
| **January 10, 2011** | **/s/ Jacob A. Manheimer** |
| Date | **Jacob A. Manheimer** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Finest Hearth, Inc.** |
| | **Pierce Atwood LLP** |
| | **One Monument Square** |
| | **Portland, ME 04101** |
| | **(207) 791-1100 Fax:(207) 791-1350** |